# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on ~~January 8, 2020~~ Dec. 6, 2019 AUG

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **AUDIAS FLORES SILVA, also known as "Jardinero,"** | : | 21 U.S.C. §§ 959(a), 960(b)(1)(B)(ii) and (b)(1)(A), and 963 (Conspiracy to Distribute Five Kilograms or More of Cocaine, and One Kilogram or More of Heroin for Importation into the United States) |
| **Defendant.** | : | |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(ii) (Carrying, Using, and Possessing a Firearm in Relation to a Drug Offense) |
| | : | |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : | |
| | : | 21 U.S.C. §§ 853 and 970 (Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Beginning at least in or about 2012 and continuing thereafter, up to in or about 2019, the exact dates being unknown to the Grand Jury, in the countries of Mexico, the United States and elsewhere, the Defendant, **AUDIAS FLORES SILVA, also known as "Jardinero,"** and other names known and unknown to the Grand Jury, together with others, did knowingly, intentionally, and willfully conspire to distribute: five (5) kilograms or more of a mixture or substance containing

a detectable amount of cocaine, a Schedule II controlled substance; and one (1) kilogram or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance, intending, knowing, and having reasonable cause to believe that each substance would be unlawfully imported into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 959(a) and 960; all in violation of Title 21, United States Code, Section 963.

With respect to the Defendant, the controlled substances involved in the conspiracy attributable to the Defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is: five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii); and one (1) kilogram or more of a mixture or substance containing a detectible amount of heroin, in violation of Title 21, United States Code, Section 960(b)(1)(A).

(Conspiracy to Distribute 5 Kilograms or More of Cocaine and 1 Kilogram or More of Heroin Intending, Knowing, and Having Reasonable Cause to Believe that Such Substances Will Be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960 and 963.)

## COUNT TWO

From at least in or about 2012, and continuing thereafter, up to and including in or about 2019, the Defendant **AUDIAS FLORES SILVA, also known as "Jardinero,"** did knowingly and intentionally use, and carry one or more firearms, during and in relation to one or more drug trafficking crimes, to wit: the crime charged in Count One, and did knowingly and intentionally possess such firearms, in furtherance of said drug trafficking crimes, one or more of which firearms was a destructive device, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(ii), and 2.

2

(Use and Possession of a Firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii), and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.)

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

//

//

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

_____
Foreperson

MARLON COBAR
Acting Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice
Washington, D.C. 20530

By:

_____
BRETT C. REYNOLDS
KIRK HANDRICH
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C.  20530
Telephone: (202) 598-2950

4