Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.          20-164

AUDIAS FLORES SILVA

Category      B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ___12/9/2020___ from _Judge Christopher R. Cooper_

to _Calendar Committee_____ by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:     Judge Christopher R. Cooper_____     & Courtroom Deputy

        Calendar Committee_____     _____

        U.S. Attorney's Office – Judiciary Square Building, Room 5133

        Statistical Clerk